# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALBERTO MARTINEZ LUIS,

        Petitioner,

  v.

STATE OF WASHINGTON,

        Respondent.

CASE NO. 20-0292 RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's motion for relief under Fed. R. Crim. P. 35 is DENIED and DISMISSED.

(3) To the extent Petitioner sought to proceed *in forma pauperis*, that request is DENIED as moot and this case is CLOSED.

(4) The Clerk is directed to send a copy of this Order to Petitioner.

Dated this 16 day of March 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1